UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO: 03-22270-CIV-GOLD/SIMONTON

AMAZON.COM, INC.,
A Delaware corporation,

    Plaintiff,
v.

ROCKIN TIME HOLDINGS, INC.
A Florida corporation, and
JOHN DOES 1-20,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court upon Defendant's Suggestion of Bankruptcy **[DE 24]**, filed on January 7, 2004. Defendant states that it has filed a petition for relief under Title II, United States Code, in the United States Bankruptcy Court for the Southern District of Florida. Consequently, Defendant requests a stay pursuant to 11 U.S.C. § 362. Accordingly, it is hereby

ORDERED AND ADJUDGED that:

1. The Docket Clerk is directed to CLOSE this case administratively.

2. The parties may petition to reopen the case after the completion of bankruptcy proceedings.



DONE AND ORDERED in Chambers at Miami, Florida this /0 day of January 2004.

                                                   **ALAN S. GOLD**
                                                   **UNITED STATES DISTRICT JUDGE**

Copies furnished:
***U.S. Magistrate Judge Andrea M. Simonton***

Harry R. Schafer, Esq. (305) 372-1861
Ismael Diaz, Esq.
Kenny Nachwalter Seymour Arnold
Critchlow & Spector, P.A.
1100 Miami Center
201 S. Biscayne Blvd.
Miami, FL 33131-4327

Robert Harris, Esq. (305) 371-0002
Stack Fernandez Anderson & Harris, P.A.
1200 Brickell Avenue, Suite 950
Miami, FL 33131